**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Carlos MARTINEZ–AGUINIGA,
Defendant–Appellant.**

**No. 09–50014.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 11, 2010.

Steven D. Desalvo, Esquire, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Debra Ann Dilorio, Law Office of Debra Dilorio San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Carlos Martinez–Aguiniga appeals from the 57–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Martinez–Aguiniga contends that the sentence at the bottom of the guidelines range is substantively unreasonable in

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

light of the factors under 18 U.S.C. § 3553(a), and because it is based on a 16–level enhancement he received under U.S.S.G. § 2L1.2(b)(1)(A) for a crime of violence he committed 23 years prior to his arrest in the instant case. The record reflects that the district court considered and rejected Martinez–Aguiniga's arguments regarding the staleness of his crime of violence conviction and gave thorough consideration to the § 3553(a) factors at sentencing. *Cf. United States v. Amezcua–Vasquez,* 567 F.3d 1050, 1055–56 (9th Cir.2009). Accordingly, and in light of the totality of the circumstances, the sentence is not substantively unreasonable. *See Gall v. United States,* 552 U.S. 38, 51–52, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *United States v. Carty,* 520 F.3d 984, 991–93, 996 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and except as provided by 9th Cir. R. 36–3.